IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DANIEL DAVID VERMETTE,

      Appellant,

 v.                                        Case No.  5D22-215
                                          LT Case No. 2014-CF-3669

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed May 10, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Daniel David Vermette, Crestview, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED. *See Simmons v. State*, 332 So. 3d 1129 (Fla. 5th DCA 2022).

COHEN, EISNAUGLE and TRAVER, JJ., concur.